Argued and submitted July 29, reversed and remanded
with instructions December 21, 1981

In the Matter of the Compensation of
Marvin K. Gibbs, Claimant.
GIBBS,
*Petitioner,*
*v.*
EDWARD HINES LUMBER CO.,
*Respondent.*

(WCB Case No. 80-1789, CA A20338)

637 P2d 937

Alice Goldstein, Portland, argued the cause for petitioner. With her on the brief was Welch, Bruun and Green, Portland.

Marshall Cheney, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, Joseph, Chief Judge, and Warden, Judge.

PER CURIAM.

**PER CURIAM.**

This is a workers' compensation claim for injury to claimant's left knee. The only issue is the extent of his permanent partial disability. From our *de novo* review of the record, we have determined that claimant is permanently partially disabled to the extent of 52.5 degrees for 35 percent loss of use of his left leg. *Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

The order of the Workers' Compensation Board is reversed and this matter is remanded with instructions to enter a permanent partial disability award of 35 percent loss of use of a leg.